UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER BAHADUR SINGH,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | No. 2:17-cv-2186-JAM-EFB PS<br><br><br><br>ORDER |

Pursuant to the parties' stipulation, the March 3, 2020 scheduling order is hereby modified as follows:

1. All discovery shall be completed by March 26, 2021.

2. Motions to compel discovery must be heard not later than February 24, 2021.

3. Plaintiff's expert disclosures shall be served on or before October 26, 2020. Defendant's expert disclosures shall be served on or before November 9, 2020. Any rebuttal disclosures shall be served on or before November 23, 2020.

4. All law and motion, except as to discovery, shall be heard by August 18, 2021.

5. The final pretrial conference is continued to December 10, 2021 at 11:00 a.m., in Courtroom No. 6.

/////

/////

1

1 |       6. The trial is continued to February 14, 2022 at 9:00 a.m., in Courtroom No. 6.
2 | DATED: March 27, 2020.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE