BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
CHRISTIN A. LAWLER (SBN 272607)
clawler@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 918-3000
Facsimile:   (415) 918-3034

Attorneys for Defendant
TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER BAHADUR SINGH,<br><br>          Plaintiff,<br><br>     vs.<br><br>TARGET CORPORATION,<br><br>          Defendant. | Case No.:    2:17-cv-02186-JAM-EFB PS<br><br>**NOTICE OF SUBMISSION OF DEFENDANT TARGET CORPORATION'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |

**TO THE COURT AND PLAINTIFF VEER BAHADUR SINGH APPEARING *PRO SE*:**

Please take notice that Defendant Target Corporation has submitted its Confidential Settlement Conference Statement in preparation for the Settlement Conference set for September 3, 2020 at 10:00 a.m.

Dated: August 27, 2020          CONSTANGY, BROOKS, PROPHETE & SMITH LLP

By: _/s/ Christin Lawler_
Barbara I. Antonucci
Christin A. Lawler
Attorneys for Defendant
TARGET CORPORATION

1
NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

**CERTIFICATE OF SERVICE**
*SINGH V. TARGET CORPORATION*
USDC, Eastern District, Case No. 2:17-cv-02186-JAM-EFB

I am over 18 years of age and not a party to the within entitled action. I am employed in the County of San Francisco, and my business address is 601 Montgomery St. Suite 350, San Francisco, CA 94111.

On August 27, 2020, I served a copy of the following:

**NOTICE OF SUBMISSION OF DEFENDANT TARGET CORPORATION'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

on the parties to this action by the following method:

☑ **BY UNITED STATES MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am readily familiar with Constangy, Brooks, Smith & Prophete, LLP's practice for collecting and processing correspondence for mailing.

☑ **BY ELECTRONIC MAIL:** I electronically served, from e-mail lmarquez@constangy.com, the document(s) listed above to the e-mail address(es) to the person(s) listed in the Service List on the above date. I am readily familiar with Constangy, Brooks, Smith & Prophete, LLP's practice for collecting and processing correspondence for mailing.

Pursuant to F.R.Civ.P 5, I served the following persons and/or entities by E-mail and Regular mail:

Veer B. Singh                                           Plaintiff in *pro se*
301 Woodfield Court
Roseville, CA 95747
Phone: (916) 759-8623
E-mail: singhveer229@gmail.com

[FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2020 at San Francisco, California.

_____
Luis Marquez