UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER BAHADUR SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No.  2:17-cv-02186-JAM-JDP (PS)<br><br>ORDER MODIFYING SCHEDULING ORDER PURSUANT TO STIPULATION<br><br>ECF Nos. 20, 22, 27 |

Pursuant to the parties' stipulation, and for good cause shown, the court hereby orders as follows:

Plaintiff's expert disclosures must be served by February 16, 2021.

Defendant's expert disclosures must be served by March 2, 2021.

Any rebuttal disclosures must be served by May 15, 2021.

Any motions to compel discovery must be heard by March 22, 2021.

All discovery shall be completed by April 26, 2021.

All other dates set forth in the court's March 27, 2020 Order Modifying the Scheduling Order, ECF No. 22, remain in effect.

Dated: October 30, 2020

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE