UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER BAHADUR SINGH,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.:   2:17-cv-02186-JAM-JDP (PS)<br><br>ORDER GRANTING STIPULATED MOTION AND EXTENDING DISCOVERY DATES<br><br>ECF No. 30 |

Pursuant to the Parties stipulation, ECF No. 30, and good cause appearing, the Court hereby orders as follows:

1. The stipulation, ECF No. 30, is construed as a motion and granted;
2. Any motions to compel discovery must be heard by July 9, 2021; and
3. All discovery shall be completed by August 4, 2021.

All other dates set forth in the Court's March 27, 2020 Order Modifying the Scheduling Order (ECF No. 22) remain in effect.

IT IS SO ORDERED.

Dated:    April 7, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE